**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jason Wayne CLINE, Defendant—Appellant.**

**No. 06–50138.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 6, 2007.

Filed Feb. 26, 2007.

Alessandra P. Serano, Esq., USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Michael Petrik, Jr., Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI and TROTT, Circuit Judges, and BEISTLINE *, District Judge.

MEMORANDUM **

Given the state of the record, which included evidence that the act was premeditated, the District Court did not clearly

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

err when it determined that defendant attempted First Degree Murder as defined by USSG § 2A2.1(a)(1). *See United States v. Ferryman,* 444 F.3d 1183, 1185 (9th Cir.2006) (factual findings made at sentencing are reviewed for clear error).

Further, given the mid-level Guideline sentence imposed and the lack of sufficient factual support for a claim of disparity, the District Court adequately articulated its sentencing decision in accordance with 18 U.S.C. § 3553(a). *See United States v. Knows His Gun,* 438 F.3d 913, 918–919 (9th Cir.2006).

**AFFIRMED.**